# LAW OFFICES OF DANIEL M. PEREZ, ESQ.

**ATTORNEYS AT LAW**

93 SPRING STREET, SUITE 505

NEWTON, NEW JERSEY 07860

TELEPHONE: (973) 300-5135

FAX: (973) 300-5199

WWW.DANPEREZLAW.COM

E-MAIL: DAN@DANPEREZLAW.COM

---

March 7, 2025

Hon. Michael P. Shea, Chief Judge
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

**Via Electronic Mail**

    Re:    <u>United States v. Rodriguez-Gomez</u>, #22-cr-253 (MPS)

Dear Chief Judge Shea:

    Pursuant to the enclosed order of the United States Court of Appeals for the Second Circuit, I represent Victor Rodriguez-Gomez in his direct appeal.

    I write to respectfully request copies of the final PSR and its addendum (Dkt. No. 100), Probation's recommendation which the Court reviewed prior to sentencing (Dkt. No. 101), and the Court's Statement of Reasons (Dkt. No. 109). I acknowledge that these portions of the record are under seal. If they are filed in connection with Mr. Rodriguez-Gomez's appeal, they similarly will be filed under seal.

    I thank the Court for its kind consideration of this request.

    Sincerely Yours,

    *s/ Daniel M. Perez*

    DANIEL M. PEREZ

enc.
cc:    AUSA Sandra Slack Glover
       AUSA Geoffrey Stone

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand twenty-four.

_____

United States of America,

       Appellee,

v.

Victor Rodriguez-Gomez, AKA Calami, AKA C.,

       Defendant - Appellant.

_____

**ORDER**

Docket No. 24-1122

    Appellant moves for appointment of CJA counsel and for an extension of time to obtain a waiver of the filing fee and to submit the required documents for this appeal.

    IT IS HEREBY ORDERED that the request for appointment of counsel is GRANTED. The request for extension of time is DENIED as unnecessary in light of the Court appointing counsel. Daniel Perez, Law Office of Daniel M. Perez, 93 Spring Street, Suite 505, Newton, NJ 07860, is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Attorney Perez is directed to review Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court